# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

In re: BARHORST, ROGER BERNARD § Case No. 3:13-31117
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 25, 2013. The undersigned trustee was appointed on March 25, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $       10,709.78

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 10,689.78 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/06/2013 and the deadline for filing governmental claims was 09/25/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,820.98. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,820.98, for a total compensation of $1,820.98.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $45.60, for total expenses of $45.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/26/2014          By: /s/ROGER E. LURING
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:13-31117  
**Case Name:** BARHORST, ROGER BERNARD  

**Period Ending:** 03/26/14

**Trustee:** (550540) ROGER E. LURING  
**Filed (f) or Converted (c):** 03/25/13 (f)  
**§341(a) Meeting Date:** 05/06/13  
**Claims Bar Date:** 08/06/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Real Property - residence located at 1855 Westwo  Imported from original petition Doc# 1 | 184,600.00 | 0.00 | | 0.00 | FA |
| 2  Real Property - rental located at 225-225 1/2 We  Imported from original petition Doc# 1 | 82,900.00 | 0.00 | | 0.00 | FA |
| 3  Real Property - rental located at 515-517 Drury  Imported from original petition Doc# 1 | 144,500.00 | 0.00 | | 0.00 | FA |
| 4  Real Property - Lot Westwood Rd., Troy, Miami Co  Imported from original petition Doc# 1 | 26,400.00 | 0.00 | | 0.00 | FA |
| 5  Cash Location: In debtor's possession  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 6  Bank Account - Unity Bank ckg Location: In debto  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7  Household Goods and Furnishings Location: In deb  Imported from original petition Doc# 1 | 2,215.00 | 0.00 | | 0.00 | FA |
| 8  Wearing Apparel Location: In debtor's possession  Imported from original petition Doc# 1 | 220.00 | 0.00 | | 0.00 | FA |
| 9  Jewelry - watches Location: In debtor's possessi  Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 10 Sports & Hobby Equipment - Exercise Equipment -  Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 11 Life Insurance - Term policy through of Columbus  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 B & B Partnership Location: In debtor's possessi  Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 885.47 | FA |
| 13 1998 Honda CRV Location: In debtor's possession  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 14 2004 Ford F250 Pickup Truck 240,000 miles Locati  Imported from original petition Doc# 1  (See Footnote) | 10,000.00 | 6,500.00 | | 6,500.00 | FA |
| 15 Animals - 1 pet dog (mixed breed) Location: In d  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 Miscellaneous - Tool box & tools - $65.00, Lawn | 445.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:13-31117  
**Case Name:** BARHORST, ROGER BERNARD  

**Trustee:** (550540) ROGER E. LURING  
**Filed (f) or Converted (c):** 03/25/13 (f)  
**§341(a) Meeting Date:** 05/06/13  

**Period Ending:** 03/26/14  

**Claims Bar Date:** 08/06/13  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Imported from original petition Doc# 1 | | | | | |
| 17   non exempt  2012 income tax refund-IRS  (u) (See Footnote) | Unknown | Unknown | | 2,743.77 | FA |
| 18   non exempt  2012 tax refund, Ohio  (u) | Unknown | Unknown | | 580.54 | FA |
| 18   Assets    Totals (Excluding unknown values) | $458,375.00 | $6,500.00 | | $10,709.78 | $0.00 |

RE PROP# 14    6/30/2013  Notice  of compromise  to be filed at $6,500.00---Notice filed 7/5/2013  
RE PROP# 17    6/30/2013  returns remain unfiled as ot this date.

---

**Major Activities Affecting Case Closing:**

6/30/2013  Notice to be made of buyback compromise on  truck at $6500.00  The notice was filed on  7/5/2013

6/30/2013  the debtor has not yet filed his 2012  --- tax returns.  It is anticipated that some portion of the refunds if any will not be exempt.

**Initial Projected Date Of Final Report (TFR):**    February 1, 2014        **Current Projected Date Of Final Report (TFR):**    February 1, 2014

March 26, 2014  
Date

/s/ ROGER E. LURING  
ROGER E. LURING

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 3:13-31117  
**Case Name:** BARHORST, ROGER BERNARD  
**Taxpayer ID #:** **-***2360  
**Period Ending:** 03/26/14

**Trustee:** ROGER E. LURING (550540)  
**Bank Name:** Rabobank, N.A.  
**Account:** **** - Checking Account  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/13 | {14} | Universal 1 Credit Union ck, Roger Barhorst --remitter | payment per notice and entry for 2004 Ford 250 Truck | 1129-000 | 6,500.00 | | 6,500.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,490.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,480.00 |
| 03/17/14 | | Roger Barhorst | Payment in one ck for three assests | | 4,209.78 | | 10,689.78 |
| | {12} | | | 885.47  1129-000 | | | 10,689.78 |
| | {17} | | | 2,743.77  1224-000 | | | 10,689.78 |
| | {18} | | | 580.54  1224-000 | | | 10,689.78 |
| | | | **ACCOUNT TOTALS** | | 10,709.78 | 20.00 | **$10,689.78** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,709.78 | 20.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,709.78** | **$20.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****** | 10,709.78 | 20.00 | 10,689.78 |
| | **$10,709.78** | **$20.00** | **$10,689.78** |

March 26, 2014  
_____  
Date

/s/ ROGER E. LURING  
_____  
ROGER E. LURING

{} Asset reference(s)

Printed: 03/26/2014 02:54 PM    V.13.14

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 6, 2013

**Case Number:** 3:13-31117　　　　　Page: 1　　　　　**Date:** March 26, 2014
**Debtor Name:** BARHORST, ROGER BERNARD　　　　　**Time:** 02:54:26 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | ROGER E. LURING<br>314 W. MAIN STREET<br>TROY, OH 45373-3278 | Admin Ch. 7 | | $1,820.98 | $0.00 | 1,820.98 |
| 200 | ROGER E. LURING<br>314 W. MAIN STREET<br>TROY, OH 45373-3278 | Admin Ch. 7 | | $45.60 | $0.00 | 45.60 |
| T1 200 | Roger Luring<br>314 West Main Street<br>Troy, OH 45373 | Admin Ch. 7 | | $2,535.00 | $0.00 | 2,535.00 |
| T2 200 | Roger Luring<br>314 West Main Street<br>Troy, OH 45373 | Admin Ch. 7 | | $54.90 | $0.00 | 54.90 |
| 1 610 | KEITH'S TRUCK & TRAILER, INC.<br>1860 ST. RT. 47<br>RUSSIA, OH 45363 | Unsecured | | $4,149.05 | $0.00 | 4,149.05 |
| 2 610 | FIFTH THIRD BANK<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS, TX 75243 | Unsecured | | $16,906.40 | $0.00 | 16,906.40 |
| 3 610 | FIFTH THIRD BANK<br>9441 LBJ FREEWAY, SUITE 350<br>DALLAS, TX 75243 | Unsecured | | $18,029.38 | $0.00 | 18,029.38 |
| 4 610 | MAYNARD FRANCIS<br>C/O PAUL WAGNER<br>111 N BRIDGE ST,PO BOX 315<br>GETTYSBURG, OH 45328 | Unsecured | | $33,640.87 | $0.00 | 33,640.87 |
| 5 610 | SEBALY SHILLITO + DYER<br>A LEGAL PROFESSIONAL ASSOCIATION,ATTN:<br>MARTY BEYER,1900 KETTERING TOWER,40 NORT<br>DAYTON, OH 45423-1013 | Unsecured | | $28,759.62 | $0.00 | 28,759.62 |
| 6 610 | ELAN FINANCIAL SERVICES AS SERVICER<br>FOR UNITY NATIONAL BANK<br>BANKRUPTCY DEPARTMENT,P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | | $1,205.17 | $0.00 | 1,205.17 |
| 7 610 | FAULKNER, GARMHAUSEN, KEISTER & SHENK<br>COURTVIEW CENTER<br>100 S MAIN AVE, STE 300<br>SIDNEY, OH 45365 | Unsecured | | $1,518.96 | $0.00 | 1,518.96 |
| 8 620 | CAPITAL ONE, N.A.<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 108,665.93 | 0.00 | 108,665.93 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 3:13-31117
Case Name: BARHORST, ROGER BERNARD
Trustee Name: ROGER E. LURING

**Balance on hand:** $ 10,689.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,689.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ROGER E. LURING | 1,820.98 | 0.00 | 1,820.98 |
| Trustee, Expenses - ROGER E. LURING | 45.60 | 0.00 | 45.60 |
| Attorney for Trustee, Fees - Roger Luring | 2,535.00 | 0.00 | 2,535.00 |
| Attorney for Trustee, Expenses - Roger Luring | 54.90 | 0.00 | 54.90 |

Total to be paid for chapter 7 administration expenses: $ 4,456.48
Remaining balance: $ 6,233.30

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,233.30

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,233.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 104,209.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | KEITH'S TRUCK & TRAILER, INC. | 4,149.05 | 0.00 | 248.18 |
| 2 | FIFTH THIRD BANK | 16,906.40 | 0.00 | 1,011.26 |
| 3 | FIFTH THIRD BANK | 18,029.38 | 0.00 | 1,078.43 |
| 4 | MAYNARD FRANCIS | 33,640.87 | 0.00 | 2,012.23 |
| 5 | SEBALY SHILLITO + DYER | 28,759.62 | 0.00 | 1,720.25 |
| 6 | ELAN FINANCIAL SERVICES AS SERVICER | 1,205.17 | 0.00 | 72.09 |
| 7 | FAULKNER, GARMHAUSEN, KEISTER & SHENK | 1,518.96 | 0.00 | 90.86 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,233.30 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**